UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAMONA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-82-HBG |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having received the joint stipulation of the Parties [Doc. 23] in the matter pending now before the Court and upon review of the record, **IT IS HEREBY ORDERED** that attorney's fees in the amount of **$3,783.60** be paid to Plaintiff under the Equal Access to Justice Act, 28 U. S. C. § 2412(d). In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States. If Plaintiff owes no debt to the United States, the payment of EAJA fees can be made directly to Plaintiff's counsel per the assignment.

**IT IS FURTHER ORDERED** that the petition for fees now pending before the Court [**Doc. 21**] will be **dismissed with prejudice** pursuant to the Parties' agreement incorporated herein by reference.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge